**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| In Re: ) | | |
| ) | | |
| **KYLE MATTHEW ANDERSON,** ) | | |
| **TERA JO ANDERSON,** ) | | |
| Debtors. ) | Case No. 09-23904-7 | |
| ) | | |

**NOTICE OF RECOVERY OF ASSETS**

COMES NOW the United States Trustee and states that the Chapter 7 Trustee in the above-captioned matter has recovered assets or discovered potential assets believed to have a value sufficient to warrant administration.

The above-captioned case was previously noticed as a no-asset case.

The Trustee requests that the Clerk re-notice the above-captioned case as an asset case and set a deadline for the filing of claims in order that the case may be properly and expeditiously administered.

*Respectfully Submitted*:

**CHAPTER 7 TRUSTEE**

By: s/ Steven R. Rebein
Steven R. Rebein, KS # 12958
Grimes & Rebein, L.C.
15301 W. 87th St. Pkwy, Suite 200
Lenexa, KS 66219
(913) 888-4800 - telephone
srebein@grimesandrebein.com