| Case No: | 09-23904    RDB   Judge: ROBERT D. BERGER | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | ANDERSON, KYLE MATTHEW | | Date Filed (f) or Converted (c): | 11/19/09 (f) |
| | ANDERSON, TERA JO | | 341(a) Meeting Date: | 12/15/09 |
| For Period Ending: 03/31/10 | | | Claims Bar Date: | 07/23/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Homestead | 84,000.00 | 0.00 | DA | 0.00 | FA |
| 2. | Johnson County Credit Union Savings | 0.00 | 26.89 | | 0.00 | 26.89 |
| 3. | Stanley Bank Business & Personal Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. | Bedroom, living and dining room furniture | 225.00 | 0.00 | DA | 0.00 | FA |
| 5. | TV,DVD player and home computer | 125.00 | 0.00 | DA | 0.00 | FA |
| 6. | Mens, womens and childrens clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. | His and her wedding rings and costume jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 8. | 100% interest in KMA Electrical INC | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. | 1999 Ford F-250 | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 10. | 2004 Ford Excursion | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 11. | 2007 Artic Cat 400 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12. | Wells Cargo 16ft Enclosed Trailer | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 13. | Misc. Tools of the trade | 650.00 | 0.00 | DA | 0.00 | FA |
| 14. | 2009 pro rated income tax refunds (u) | 0.00 | 9,413.90 | | 0.00 | 9,413.90 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $102,850.00 | $9,440.79 | | $0.00 | $9,440.79 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors paid estate in full on 4/13/10; GOVT POC bar date is 10/21/10

Initial Projected Date of Final Report (TFR): 05/01/11        Current Projected Date of Final Report (TFR): 05/01/11